JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>        v.<br><br>SAMUEL TRELAWNEY HUGHES,<br>    Defendant. | CV 23-9200 DSF<br>CR 20-322 DSF<br><br><br>JUDGMENT |

    The Court having denied Defendant's motion under 28 U.S.C. § 2255,

    IT IS ORDERED AND ADJUDGED that Defendant not receive the relief sought in the motion.

Date:  November 22, 2023

                                                  Dale S. Fischer
                                                  United States District Judge